720 A.2d 1049

**Paul E. SHEARER and Jeanne Shearer, his wife, Respondents,**

**v.**

**Charles W. NAFTZINGER and Elizabeth Naftzinger, his wife, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 14, 1998.

Richard W. Stewart, Lemoyne, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 14th day of December, 1998, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the statute of limitations set forth at 42 Pa.C.S. § 5529 constitutes a defense in a proceeding to revive and continue the lien of a judgment?

It is further ordered that the appeal will be considered on the briefs.